**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8568**

---

QUINTON LEE COOK,

Plaintiff - Appellant,

versus

BROWN CREEK CORRECTIONAL INSTITUTION; OFFICER
BYRD; OFFICER ROBERTS; OFFICER DOSS; OFFICER
WHITE; JEFFREY BINNS, Sergeant; SERGEANT
GADDY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-95-464-3-MU)

---

Submitted: May 16, 1996              Decided: June 3, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Quinton Lee Cook, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cook v. Brown Creek Correctional Inst.</u>, No. CA-95-464-3-MU (W.D.N.C. Nov. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2